**656 PARSELL vs. CIRCUIT JUDGE (Genesee), 39 M., 542.**

To compel an assessment of damages in a replevin suit, where the writ was quashed because it did not describe the goods taken, the only description being in an affidavit annexed.

Denied October 31, 1878.

**657 JOHNSON vs. DICK (Justice of the Peace) ET AL., 69 M., 108.**

To compel assessment of damages in replevin, in a case where the property was taken on the writ, but for want of service, the justice dismissed the proceedings.

Granted March 2, 1888.

Taylor vs. Tripp, 15 M., 517 (655); Forbes vs. Circuit Judge, 23 M., 496 (659); La Barr vs. Osborn, 38 M., 313 (630); Humphrey vs. Bayn, 45 M., 565.

**658 WILLING vs. CIRCUIT JUDGE (Jackson), 1 Doug., 302.**

To compel respondent to impanel a jury to assess the value of property replevined on process from Justice Court, where plaintiff had recovered judgment which was reversed by the Circuit Court on certiorari, and at the next term after the reversal of the judgment defendant moved the Circuit Court for an order that a jury be impaneled to assess plaintiff's damages.

Denied 1844.

Held, that the Circuit Court had no such power as the mandamus would command it to exercise; that the Circuit Court would have power to award a restitution of the property; that the motion for assessment was made too late, and that the refusal of the Circuit Court to grant a motion for the assessment of damages by a jury, was not a proper foundation for the application to this court for a mandamus commanding the Circuit Court to impanel a jury to assess the value of the property replevined